No. 07-15-00343-CV

| | | |
|---|---|---|
| Nancy Higginson, Debbie Cheadle, | § | From the 72nd District Court |
| Edward Cheadle, Arthur Cheadle, | | of Lubbock County |
| Wayne Carson, Finney Cheadle, | § | |
| Cheryl Shoop, and Keith Sawaya | | February 14, 2017 |
| Appellants | § | |
| | | Opinion by Justice Pirtle |
| v. | § | |
| | | |
| Raeanne Martin | | |
| Appellee | | |

## J U D G M E N T

Pursuant to the opinion of the Court dated February 14, 2017, it is ordered, adjudged and decreed that the trial court's *Order Granting Amended Motion to Vacate Arbitration Award and Denying Petition to Confirm and Enforce Award of Arbitrators* be affirmed.

It is further ordered that appellants pay all costs in this behalf expended for which let execution issue.

It is further ordered that this decision be certified below for observance.

o O o